UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER J. WILLING, | Case No.: 2:14-cv-01122-APG-PAL |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| v. | (Dkt. #37) |
| ARMS, *et al.*, | |
| Defendants. | |

In light of the Amended Complaint (Dkt. #69),

IT IS ORDERED that Defendant Healthcare Partners' motion to dismiss (Dkt. #37) regarding the original Complaint is DENIED as moot.

DATED this 28th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE