**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHRISTOPHER J. WILLING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY ARMS, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01122-APG-PAL<br><br>**ORDER DISMISSING DEFENDANTS MARTINEZ AND BEARD** |

　　　The clerk of court issued a notice of intent to dismiss plaintiff Christopher Willing's claims against defendants Martinez and Beard for failure to file proof of service. ECF No. 121. The notice advised Willing that he had until August 24, 2016 to file proof of service or Willing's claims against these two defendants would be dismissed without prejudice. Willing did not file proof of service.

　　　IT IS THEREFORE ORDERED that plaintiff Christopher Willing's claims against defendants Martinez and Beard are DISMISSED without prejudice.

　　　DATED this 26th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE