UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER J. WILLING,<br><br>                    Plaintiff,<br><br>     v.<br><br>ARMS, *et al.*,<br><br>                    Defendants. | Case No. 2:14-cv-01122-APG-PAL<br><br>**ORDER GRANTING SUMMARY JUDGMENT**<br><br>(ECF Nos. 73, 91, 95, 109, 110, 113, 123) |

On September 19, 2016, I entered an order addressing the defendants' motions for summary judgment. ECF No. 129. I wrote that I would grant those motions if the defendants properly authenticated the exhibits they relied upon in those motions. The defendants have now submitted documents authenticating those exhibits. ECF Nos. 130, 131, 132. Therefore, based on the analysis set forth in my prior order, the defendants are entitled to summary judgment on the plaintiff's claims. I now grant the motions for summary judgment.

IT IS THEREFORE ORDERED that the defendants' motions for summary judgment **(ECF Nos. 73, 95, and 110) are GRANTED**. The clerk of court shall enter judgment in favor of defendants Healthcare Partners, Nye County, and Deputy Arms on all of the plaintiff's claims asserted in this case.

IT IS FURTHER ORDERED that the remaining pending motions **(ECF Nos. 91, 109, 113, 123) are DENIED AS MOOT**.

DATED THIS 28th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE