# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER J. WILLING, | Case No. 2:14-cv-01122-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| ARMS, *et al.*, | (ECF No. 136) |
| Defendants. | |

On September 28, 2016, I entered an order granting the defendants' motions for summary judgment. ECF No. 134. Plaintiff Christopher Willing subsequently filed a motion for reconsideration. ECF No. 136. The motion does not offer sufficient grounds for me to reconsider or change my prior order. Accordingly, I deny the motion.

IT IS THEREFORE ORDERED that the plaintiff's motion for reconsideration **(ECF No. 136) is DENIED**.

DATED THIS 3rd day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE